FILED
November 15, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk

No. 03-16-00730-CV

In the Matter of
The Marriage of:

Vincent Alonzo Corson
Applicant

V.

Jankea Lashawn Wiggins
Defendant

RECEIVED
NOV 15 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In the District Court

Third Judicial District

Austin, Texas

## Motion for Docketing Statement

Now comes, Vincent Alonzo Corson, TDCJ No. 1973705, W.G. McConnell Unit 3001 South Emily dr, Beeville, Tx 78102, am incarcerated in TDCJ-CID. I hereby request the Third District Court of Appeals, allow me, said Applicant, Vincent Alonzo Corson, to submit a Docketing Statement. I Pray to show the Court as follows.

### I
### Out of time

I am filing said Appeal, out of time, because during the allowed appealed time I was to heavily medicated on, 6mg of Risperidone, 1,000mg of Divalproex, and 20mg of Fluoxetine, and because of this I could not properly function. I did not cease taking above stated Medications, until October, of 2015, and the adverse affects did not ware off until January, of 2016. I was unable to properly defend myself, nor process exactly what was happening.

### II
### Right to Defend

I was Completely Denied the right to Defend myself during these Precedings, by

Pg 1 of 2

Continued

both, being heavily Medicated, and by Bell County Jails, standing policy, that while in detention, you are not allowed to take care of civil matters, on Criminal. During which time I was incarcerated, and not allowed to attend said preceding, and Denied the Right to Defend myself.

## III
### Justice

I feel strongly, that if the Court's were to allow me, said Applicant, to bring forward his Defense, the Courts would reconsider the Terms of this Divorce Decree, and find that Justice has not been served.

## IV
### Prayer

I Pray, this Court grants me this Out of Time Appeal, and allows me, said Applicant to Present his Defense, as afforded him per his Fifth Amendment Right, of Due Process, and the Right no to be subjected to Cruel, and Unusual Punishment, per his Eigth Amendment Right, by denying me the Right to have Contact with my Children, Xzavier Alonzo Corson, and Isaiah Tyree Corson, without being allowed to Defend myself.

Respectfully, Submitted
Vincent Alonzo Corson
Applicant, Pro se
TDCJ#: 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/3/16

03-16-00730-CV

In the Matter of
The Marriage of:

Vincent Alonzo Corson
          Applicant

V.

Jankea Lashawn Wiggins
          Defendant

RECEIVED
NOV 15 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In The District Court

Third Judicial District

Austin, Texas

## Motion for Divorce Decree Clarification

Now comes, Vincent Alonzo Corson, TDCJ No. 1973705, W.G. McConnell Unit, 3001 South Emily dr, Beeville, Tx 78102, am incarcerated in TDCJ-CID. I hereby request the, Third District Court of Appeals, to Clarify or Explain the section titled, 'Restricted Periods of Access' on said above numbered Docket, Divorce Decree.

I Pray, for the, Third District Court of Appeals, to allow myself, Vincent Alonzo Corson, to find out exactly what the, 'Restricted Periods of Access' Pretains to. Does it mean I may have no contact with, Xzavier Alonzo Corson, and Isaiah Tyree Corson, or just that I am not allowed to see them in person, or take them with me and/or out of Mrs. Wiggins Possesion.

I Sincerely, would like to reconnect with our children, through letters, and/or Cps, (child Protective Services) directly. It is my belief that, Xzavier Alonzo Corson, and Isaiah Tyree Corson, would benefit from having contact, even indirectly, with their biological father.

Continued

Respectfully, Submitted
Vincent Alonzo Corson
Applicant, Pro se
TDCJ#: 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/3/16

No. 03-16-00730-CV



In The Matter of
The Marriage of:

Vincent Alonzo Corson
Applicant

V

JanKea Lashawn Wiggins
Defendant

RECEIVED
NOV 15 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In the District Court

Third Judicial District

Austin, Tx

## Motion for Modification of Order

Now comes, Vincent Alonzo Corson, TDCJ No. 1973705, W.G. McConnell Unit, 3001 South Emily dr., Beeville, Tx 78102, am incarcerated in TDCJ-CID. I hereby request the Third District Court of Appeals, allow me, said Applicant, Vincent Alonzo Corson, to Modify said above referenced Docket and Final Decree. I request a change in the sections titled, 'Restricted Periods of Access' and 'Conservatorship'. I Pray to show the Court why this is both, in the best interests of the Children, Xzavier Alonzo Corson, and Isaiah Tyree Corson, and Myself. My reasons are as follows:

## I
## Child Development

In the world today, it is a Severe burden for Children to be raised in a truly single parent home. Children often grow to resent friendships and close relationships, for not having the proper support system at home. No single parent is capable of doing the job of both willing and capable parents; not in to days Modern Society.

## II
## Conservatorship

Continued

It is my opinion, that upon obtaining my freedom soon, establishing myself financially, and as long as our Children are still Minors, that the Conservatorship of them should be Joint. Neither Parent 'Jan Kea Wiggins' nor 'Vincent Corson' should be sole managing Conservator. Neither of us should have more Rights' to how they are raised, and I truly believe, even with our history, that in the interests' of the Children, we could put the past, behind us, and do what is best for them.

## III
## My Change

I, Vincent Alonzo Corson, wholely admit to some wrong doings', but feel deeply sadened that I was denied the Right to Defend myself, in the matter of this Divorce. My Mental Health at the time of my crimes committed, was unstable, and in my opinion, clearly Insane, (Temporarily). I have healed, both Mentally, and Physically, and have made great inroads to regaining my life, Sanity, and more importantly, it's improvel. I believe that I have reached a point in my rehabilatation that would greatly benefit myself and our Children, to be reconnected, even through, CPS (Child Protective Services).

## IV
## The Truth

I, Vincent Alonzo Corson, in no way say that I did not commit multiple crimes', in the years', 2013 and 2014. In my Defense, I was the Victum before, during, and after each and every crime that I've been Convicted, and accused of. If allowed to present my Verifiable, side of the story, and Defend myself, as I wanted to before, I believe the Courts would also see this, and Remove said 'Restrictions', and Grant said 'Conservatorship'. The only crime I am Truly Guilty of, while I accept all punishments' for the crimes' I have been Convicted of, is allowing my deep Love for 'JanKea Wiggins' to blind me, and prevent me from doing what I Knew was Legally, and Morally Right. I do not resent, nor habor Ill will, or bad feelings for 'JanKea Wiggins', for if it not for her, I would

Continued

not have been Awoken! I am a new man. A far better man, and wish to share my experiences with our Children, and show them I Love them.

## V
### Prayer

I Pray, that the Courts, Allow me to Plead my case to Modify this Decree, for I, Vincent Alonzo Corson, firmly believes it is in the best interests of said Children. No Child should be Denied either, willing and Capable Parent. I ask, to be Allowed to atleast Defend myself. It's only Constitutionally Right, not to be Punished for a crime, without, Proper, Due Process, or the ability, to be allowed to adequately Defend one's self.

Respectfully, Submitted
Vincent Alonzo Corson
*Vincent Alonzo Corson*
TDCJ No. 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/3/16

No. 03-16-00730-CV



In The Matter of
The Marriage of:

Vincent Alonzo Corson
                    Applicant

V.

Jan Kea Lashawn Wiggins
                    Defendant

In the District Court

Third Judicial District

Austin, Texas

RECEIVED
NOV 1 5 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## Motion to Present an Oral Arguement

Now comes, Vincent Alonzo Corson, TDCJ No. 1973705, W.G. McConnell Unit, 3001 South Emily dr, Beeville, Tx 78102, am incorcerated in TDCJ-CID. I hereby request the, Third District Court of Appeals, allow me, said Applicant, Vincent Alonzo Corson, to bring forword, and Present an Oral Arguement. I Pray to show the Court as follows.

### I

I am currently unable to obtain Legal Counsel, to assist me in the Proper Wording, and terming needed to Present the best Defense, or request, but feel, if given the oppurtunity to Present, said Oral Arguement, to said Court, that I would be able to prove, without a doubt, that my claims in the above stated Docket, along with my requests, should be given merit, and moved forward.

### II

I Pray, that the Courts' afford me the Right to Present said, Oral Arguement, and in doing so, would be helping me, said Applicant, Vincent Alonzo Corson, recieve his Due Justice.

Continued

Respectfully, Submitted

Vincent Alonzo Corson

Vincent Alonzo Corson

TDCJ No. 1973705

W.G. McConnell Unit

3001 South Emily dr

Beeville, Tx 78102

Date: 11/3/16

No. 03-16-00730-CV

In The Matter of
The Marriage of:

Vincent Alonzo Corson
           Applicant

V.

Jankea Lashawn Wiggins
           Defendant

In The District Court

Third Judicial District

RECEIVED
NOV 15 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Austin, Tx

Motion for Appointment of Counsel

Now comes, Vincent Alonzo Corson, TDCJ No. 1473705, W.G. McConnell Unit, 3001 South Emily dr, Beeville, Tx 78102, am incarcerated in TDCJ-CID. I hereby request the Third District Court of Appeals, to Appoint myself, Applicant, Vincent Alonzo Corson, Legal Counsel. I pray to show the Court my need, for said Counsel. My reasons are as follows,

## I

Applicant, Vincent Alonzo Corson, Pursuant to 1915, requests this Court Appoint Counsel to represent him in this matter for the following reasons:

1) I am a MHMR, Psychiatric Patient, with Several, Documented, Disorders, limiting my full capacity.

2) The Applicant, Vincent Alonzo Corson, is Unable to afford Counsel.

3) The Law Library at, W.G. McConnell Unit, is very Deficient in the area of Civil litigation

4) Over the last 60 days, I've wrote letters' to Twenty Seven (27) Attorney's and/or Law Firm's; Duane R. Graeff, Corbin and Associates, Atlas and Rodriguez LLP, being Three (3).

5) I have a very limited Knowledge of the Law.

6) Because of the Complexities, and Sensitivites of this Divorce, and my inability to Converse with 'Jankea Wiggins', by her doing, I feel it would be better suited for my Legal

Pg 1 of 2

Continued

Counsel to be allowed to possibly mediate between myself, and 'Janke Wiggins', and maybe we could agree on the Terms of Modifying said, Divorce Decree, without the need to have a trial.

7) If the Court will not Bench Warrant me back to Bell County, to attend trial, I will need Legal Counsel to represent me Properly.

Wherefore, this Honorable Court should Appoint Counsel to represent the Applicant, Vincent Alonzo Corson.

Respectfully, Submitted
Vincent Alonzo Corson
Vincent Alonzo Corson
TDCJ No. 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/3/16

# Declaration of inability to pay cost

The following Declaration is made pursuant to the Texas Rules of Civil Procedure, tittle 6 Chapter 132 of the Civil Practice and Remedies Code.

Now comes, Vincent Alonzo Corson, TDCJ No. 1973705, and Declares that I am unable to pay the Court costs in this Civil Action and requests Leave of Court, to proceed, informa Pauperis, in this accompanying Civil Action and would show the Court's the following:

1) I am presently incarcerated in the W.G. McConnell Unit of the Texas Department of Criminal Justice — Institutions Division. Where I am not permitted to earn or handle money.

2) I have no source of income or spousal support.

3) I currently have 0 $ credited to me in the inmate trust fund.

4) During my incarceration in the Texas Department of Criminal Justice — Correctional Institutions Division, I have recieved approximately 10 $ per month until January, of 2016, where it went to 0$ per month, as gifts from relatives and friends.

5) I neither own nor have an interest in any realty, stocks, bonds, or bank account and I recieve no interest or dividend income from any source.

6) I have 2 Dependents.

7) I have total debts of approximately 30,000 $.

8) I owe 3,306.80 $ restitution.

9) My monthly expenses are approximately 20 $.

I, Vincent Alonzo Corson, TDCJ No. 1973705, being presently incarcerated in the W.G. McConnell Unit, of the Texas Department of Criminal Justice — Correctional Institutions Division, in Bee County, Texas, Verify and Declare under Penalty of Perjury that the fore going Statements are True and Correct.

Executed on this the 3rd day of November, 2016

RECEIVED
NOV 15 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Respectfully, Submitted
Vincent Alonzo Corson
Vincent Alonzo Corson

Pg 1 of 1

## Certificate of Service

I hereby Certify than on November, 4 2016, a True and Correct copy of Applicants' Motion for Docketing statement, Motion for Divorce Decree Clarification, Motion for Modification of Order, Motion to Present an Oral Arguement, Motion for Appointment of Counsel, Motion for inability to pay cost (leave), and In forma Pauperis, was mailed to the, Third District Court of Appeals, Clerk Jeffrey D. Kyle, by U.S. First Class mail, addressed to: District Clerk of Austin, Texas, Jeffrey D. Kyle, at P.O. Box 12547, Austin, Tx 78711-2547.

Vincent Alonzo Corson
Applicant, Pro se

## Inmates Declaration

I, Vincent Alonzo Corson, TDCJ No. 1973705, being presently incarcerated in the W.G. McConnell Unit, of the Texas Department of Criminal Justice — Corrections Institutional Division, in Bee County, Texas, Verify, and Declare under penalty of Perjury that the fore going statements are True and Correct.

Executed on this the 4th day of November, 2016

Respetfully, Submitted
Vincent Alonzo Corson
Vincent Alonzo Corson
TDCJ No. 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/4/16

**IN THE UNITED STATES DISTRICT COURT
FOR THE ___Third___ DISTRICT OF TEXAS
___Waco___ DIVISION**

Vincent Alonzo Corson 1973705
Plaintiff's name and ID Number

W.G. McConnell Unit
Place of Confinement

CASE NO. 03-16-00730-CV
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

Jonkea Lashawn Wiggins
Defendant's name and address

I, __Vincent Alonzo Corson__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?    Yes ☐    No ☑
    b.  Rent payments, interest or dividends?             Yes ☐    No ☑
    c.  Pensions, annuities or life insurance payments?   Yes ☐    No ☑
    d.  Gifts or inheritances?                            Yes ☐    No ☑
    e.  Family or friends?                                Yes ☑    No ☐
    f.  Any other sources?                                Yes ☐    No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    I have received in the last 12 months aprx 50$ from my mom Carolyn Hersey, and sister, Tamicka Senior

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                        Yes ☐        No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐          No ☑

    If you answered **YES**, describe the property and state its approximate value.

    _____

    _____


**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**


Signed this the ___3rd___ day of ___November___, 20 _16_.


_____        1973705
Signature of Plaintiff                              ID Number


**YOU _MUST_ ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2

Date: 11/4/16

Jeffery D. Kyle,
Clerk of Court
P.O. Box 12547
Austin, Tx 78711-2547

Re: Vincent Alonzo Corson v. Jonkia Lashown Wiggins
Docket No: 03-16-00730-CV

Dear Clerk

Due to the Law library Staff, at the W.G. McConnell Unit,'s inability, to be professional
I was unable to obtain a 6 month Trust fund statement, to accompany my Informa Paupens.
I feel I will have it by early next week (11/7/16 — 11/11/16), and will forward it to you
as soon as possible.

Thank you for your assistance in this matter,

Respectfully, Submitted
Vincent Alonzo Corson
Vincent Alonzo Corson
TDCJ No. 1923705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/4/16

RECEIVED
NOV 1 5 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Date: 11/3/16

Jeffrey D. Kyle,
Clerk of Court
P.O. Box 12547
Austin, Tx 78711-2547

Re: Vincent Alonzo Corson v. JanKea Lashawn Wiggins
Docket No: 03-16-00730-CV

RECEIVED
NOV 1 5 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Dear Clerk

Enclosed please find Movants'; Motion for Docketing statement, Motion for Divorce Decree Clarification, Motion for Modification of Order, Motion to present an Oral Arguement, Motion for Appointment of Counsel, Motion for inability to pay cost (leave), and Informa Pauperers. Respectively. Please file these Motions and bring them to the Attention of the Court.

Further, Clerk, as I am prusuing this Docket, Pro se, and unable to obtain legal aid, I am unaware of the Policies, or Procedures. All of the above Motions, with the exception of the Motion for Docketing Statement, have been filed under the Previous Docket No: 265, 705, but not the above, appeal Docket No. You may not require them to be resubmitted. Also note: I am unaware of what a, Docketing Statement, is, nor am I able to find out before it's Deadline, 11/8/16, per I recieved it's notice, today, 11/3/16. W.G. McConnell Unit, is currently locked down for our biannual lock/shakedown, and I must have this in the mail by tomorrow morning, 11/4/16. I am submitting a Docket Statement Motion, but it may not be adequate. If not could I please get a Seven (7), day extension. Please inform the Courts of this problem.

Please date-stamp this letter and return it to me at my address shown below. I

Pg 1 of 2

Continued

also request that you notify me of the Courts rulings on my Motions

Respectfully, Submitted

Vincent Alonzo Corson
Applicant, Pro Se
TDCJ #: 1973705
W.G. McConnell Unit
3001 South Emily dr
Beeville, Tx 78102
Date: 11/3/16



Vincent Colson
VDC# 10173705
VG McConnell Unit
3001 South Emily Dr
Beeville, TX 78102

SAN ANTONIO PROC 782-PM
TUE 08 NOV 2016 PM

Jeffrey D. Kyle
Clerk of Court

P.O. Box 12547
Austin, TX 78711-2547